IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TSANG, ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>OFFICE DEPOT, ET AL.,<br><br>    Defendants. | No. C 12-00427 CRB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiffs have filed a Motion for Leave to File a Second Amended Complaint. See dkt. 16. The Court has carefully reviewed the parties' papers relating to this Motion, finds the Motion suitable for resolution without oral argument pursuant to Civil Local Rule 7-1(b), GRANTS the Motion and VACATES the hearing currently set for April 20, 2012.

**IT IS SO ORDERED.**

Dated: April 13, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\427\order re leave to amend.wpd