UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY TSANG

    Plaintiff(s),

    v.

OFFICE DEPOT

    Defendant(s).

No. 12-00427 CRB (EDL)

ATTENDANCE OF SETTLEMENT CONFERENCE BY TELEPHONE

Pursuant to the request of counsel for Plaintiff Steven Rhodes, Mr. Rhodes may attend the settlement conference on August 8, 2013 by telephone. Mr. Rhodes must be available for the duration of the conference.

If the court concludes that the absence of Mr. Rhodes is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Mr. Rhodes.

Dated: July 25, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

Settle.Tel