| | |
|---|---|
| 1 | KLETTER LAW FIRM LLP |
| | Cary Kletter |
| 2 | ckletter@kletterlaw.com |
| | Sally Trung Nguyen |
| 3 | snguyen@kletterlaw.com |
| | 1900 S. Norfolk Street, Suite 350 |
| 4 | San Mateo, CA  94403 |
| | Tel:    415.434.3400 |
| 5 | |
| | SHEA & MCINTYRE, APC |
| 6 | John McIntyre |
| | jmcintyre@sheamcintyre.com |
| 7 | Kevin Elliot |
| | kelliott@sheamcintyre.com |
| 8 | 2166 The Alameda |
| | San Jose, California 95126 |
| 9 | Tel: 408.298.661 |
| 10 | Attorneys for Plaintiff |
| | CHARLES COLEMAN |
| 11 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 12 | Barbara J. Miller |
| | barbara.miller@morganlewis.com |
| 13 | Jennifer L. Bradford |
| | jbradford@morganlewis.com |
| 14 | 5 Park Plaza, Suite 1750 |
| | Irvine, CA  92614 |
| 15 | Tel:    949.399.7000 |
| 16 | Attorneys for Defendant |
| | OFFICE DEPOT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES COLEMAN, KEITH CRAFT, JORGE "GEORGE" ROMERO, GARY TSANG, ADRIAN VILCHEZ and MARKISS YBARRA,<br><br>            Plaintiff,<br><br>    vs.<br><br>OFFICE DEPOT, INC., and DOES 1 THROUGH 20, inclusive,<br><br>            Defendants. | Case No. 12 CV 427 CRB<br><br>**JOINT STIPULATION AND ORDER REGARDING WAIVING JURY AT TRIAL** |

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING WAIVING JURY AT TRIAL
12-CV-427 CRB

## STIPULATION

Plaintiff CHARLES COLEMAN and Defendant OFFICE DEPOT, INC., by and through their counsel of record, hereby stipulate as follows:

WHEREAS, this case is set for trial on January 20, 2015; and

WHEREAS, counsel for the Plaintiff and counsel for Defendant have agreed to waive jury at trial.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that jury for the trial set to commence on January 20, 2015 in this matter is waived.

Dated: December __, 2014

**KLETTER LAW FIRM LLP**
CARY KLETTER
SALLY TRUNG NGUYEN

By: /s/ Cary Kletter
     Cary Kletter

Attorneys for Plaintiff
CHARLES COLEMAN

Dated: December __, 2014

**MORGAN, LEWIS & BOCKIUS LLP**
BARBARA J. MILLER
JENNIFER L. BRADFORD

By: /s/ Jennifer L. Bradford
     Jennifer L. Bradford

Attorneys for Defendant
OFFICE DEPOT, INC.

## ORDER

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that jury for trial in this matter is waived.

IT IS SO ORDERED.

Date: December 5, 2014

The Hon_____
United S_____

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING WAIVING JURY AT TRIAL
12-CV-06263 CRB

1