1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES COLEMAN, KEITH CRAFT, JORGE "GEORGE" ROMERO, GARY TSANG, ADRIAN VILCHEZ, and MARKISS YBARRA,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., and DOES 1 THROUGH 20, inclusive,<br><br>Defendant. | Case No. 12-CV-00427 CRB<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL AND DISMISSING CASE WITH RESPECT TO PLAINTIFF MARKISS YBARRA'S CLAIMS** |

Based upon the Stipulation of Dismissal entered into by Plaintiff MARKISS YBARRA ("YBARRA") and Defendant Office Depot, Inc. ("Defendant"), IT IS HEREBY ORDERED AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-caption action is here DISMISSED with prejudice with respect to YBARRA's claims; and

2. Pursuant to the terms of the Settlement Agreement entered into between the parties, each party is to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: January 16, 2015



_____
Hon. Charles R. Breyer
United States District Judge

2

[PROPOSED] ORDER
CASE NO. 12-CV-00427 CRB