**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES COLEMAN, | No. C12-00427 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| OFFICE DEPOT, | |
| Defendant. | |

The Court hereby enters judgment for Defendant Office Depot and against Plaintiff Charles Coleman.

**IT IS SO ORDERED.**

Dated: February 3, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE