UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TSANG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC.,<br><br>    Defendant. | Case No. 12-cv-00427-CRB   (EDL)<br><br>**ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE** |

On April 17, 2015, this Court set a settlement conference in this case for May 4, 2015. The order setting the settlement conference notes that personal attendance by the Parties "is mandatory and will be rarely excused," save for "compelling reasons." (Dkt. 126.) On April 28, 2015, Plaintiffs filed a letter requesting that plaintiffs Steven Rodes, James McDowell, Jorge Romero, Chris Martinez, Sergio Salcido, and Charles Coleman be excused from personal appearance at the settlement conference. On April 28, 2015, Defendant objected to Plaintiffs' request. The Court, having considered the arguments presented by the Parties, hereby DENIES Plaintiffs' request.

**IT IS SO ORDERED.**

Dated: April 29, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge